IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-3635 |
| | : | |
| v. | : | |
| | : | |
| LANCASTER COUNTY, PENNSYLVANIA; CRAIG W. STEDMAN, District Attorney; LANCASTER CO. POLICE DEPARTMENT; and "ALL KNOWN AND UNKNOWN RESPONDENTS," in their official capacities, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of October, 2019, after considering the complaint, application for leave to proceed *in forma pauperis*, and prisoner trust fund account statement filed by the *pro se* plaintiff, Kevin Williams (Doc. Nos. 1, 4, 5); and, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 4) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. The plaintiff, Kevin Williams a/k/a Kirby Stewart, #EF-1167, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The court directs the superintendent of SCI Forest or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Williams's inmate account; or (b) the average monthly balance in Williams's inmate account for the six-month period immediately preceding the filing of this case. The superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this order to the court with

a reference to the docket number for this case. In each succeeding month when the amount in Williams's inmate trust fund account exceeds $10.00, the superintendent or other appropriate official shall forward payments to the clerk of court equaling 20% of the preceding month's income credited to Williams's inmate account until the fees are paid. Each payment shall refer to the docket number for this case;

    3.    The clerk of court is **DIRECTED** to **SEND** a copy of this order to the superintendent of SCI Forest;

    4.    The complaint (Doc. No. 1) is **DEEMED** filed;

    5.    The complaint is **DISMISSED WITH PREJUDICE**; and

    6.    The clerk of court shall **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.